## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALBIN ALEXIS RUANO,                          :
           Petitioner,                 :
                                       :
           v.                          :   Civil No. 2:26-cv-04579-JLS
                                       :
J.L. JAMISON, *et al.*,                      :
           Respondents.                :

### ORDER

      **AND NOW**, this 8th day of July, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 8), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

                            **BY THE COURT:**


                            */s/ Jeffery L. Schmehl*
                            **JEFFREY L. SCHMEHL, J.**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.